15465

CONVERSE COLLEGE v. CITY OF SPARTANBURG *ET AL.*

(23 S. E. (2d), 16)

*Messrs. Lyles & Daniel,* of Spartanburg, Counsel for Appellant,

*Messrs. Johnson & Johnson,* of Spartanburg, Counsel for Respondents,

November 11, 1942.

PER CURIAM.

The questions involved in this appeal are the same as those in the case of *Trustees of Wofford College, Appellant, v. City of Spartanburg et al., Respondents,* 200 S. C., 315, 23 S. E. (2d), 9, and by the opinion of this Court in the latter, just filed, the decree of the Circuit Court was adopted as the judgment of this Court and ordered reported. The Circuit decree in the instant case is in material respects the same and it therefore need not be reported.

After careful consideration, appellant's exceptions' are overruled for the reasons stated in the decree, and the judgment affirmed.

Mr. Chief Justice Bonham and Messrs. Associate Justices Baker, Fishburne and Stukes concur.

December 8, 1942.

On Petition for Rehearing

PER CURIAM.

The petition for rehearing of the appeal in this cause has been carefully considered and it is denied for the reasons stated in the order on a similar petition in the companion case of *Trustees of Wofford College, Appellant, v. City of Spartanburg et al., Respondents,* 200 S. C., 315, 23 S. E. (2d), 9, which order in the latter case is filed concurrently herewith.

As in that case, identical issues are made by the answer in the instant case in similar language, contained in Paragraph 15 of the complaint, which issues were not passed upon by the Circuit Court, whose decree was adopted as the judgment of this Court.

338

It is therefore ordered that this case be remanded to the Circuit Court for its action insofar as these particular matters are concerned, to wit, those designated (b), (c), (d), and (e), subparagraphs of Paragraph 15 of the complaint, and for that purpose only.

MR. CHIEF JUSTICE BONHAM and MESSRS. ASSOCIATE JUSTICES BAKER, FISHBURNE and STUKES concur.